**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

SABAL TRAIL TRANSMISSION, LLC,

   Plaintiff,

v.                                           Case No: 5:16-cv-205-Oc-30PRL

13.81 ACRES OF LAND IN MARION
COUNTY FLORIDA, KENNETH N.
REKANT, MARK EVANS KASS,
MORRIS A. CHOMITZ, DAVID L.
CHOMITZ and UNKNOWN OWNERS,
IF ANY,

   Defendants.

## ORDER OF DISMISSAL

Before the Court is the Plaintiff's Notice of Dismissal (Dkt. #8).   Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 30th day of March, 2016.

                                                     JAMES S. MOODY, JR.
                                                     UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record